McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:20-mj-00028-JLT |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER UNSEALING COMPLAINT, ARREST WARRANTS AND REDACTED AFFIDAVIT |
| JORGE LUIS VELASQUEZ, OMAR VELAZQUEZ LANDEROS, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrants, and redacted affidavit in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated:   **September 2, 2020**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINTS